IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAWBONE INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00081-JRG-RSP (Lead Case) |
| PANASONIC HOLDINGS CORPORATION et al, | § § § § | |
| *Defendants*. | § | |

## ORDER

HTC Corporation previously filed a Motion to Dismiss ("the Motion"). (Member Case 2:23-cv-077, Dkt. No. 22.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 98) in which he recommended denying the Motion. Due to no objections being filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Member Case 2:23-cv-077, Dkt. No. 22) is **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE